BLOOM, APPELLANT, *v.* STEVENS, APPELLEE.

[Cite as *Bloom v. Stevens* (1998), 82 Ohio St.3d 50.]

(Nos. 97–2486 and 98–151—Submitted April 21, 1998—Decided May 20, 1998.)

---

*Richland County Legal Services* and *Victoria T. Bartels,* for appellant.

*Howard W. Glick,* for appellee.

---

**Per Curiam.** The judgment of the court of appeals is reversed on the authority of *State ex rel. Asberry v. Payne* (1998), 82 Ohio St.3d 44, 693 N.E.2d 794, decided today, and the cause is remanded to the trial court.

*Judgment reversed*
*and cause remanded.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.